AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Roberto Rodriquez

APPEARANCE

CASE NUMBER: 1:08-MJ-46M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roberto RodRIGUEZ

I certify that I am admitted to practice in this court.

MARCH 25, 2008

*Date*

[signature]

*Signature*

Robert B. MANN 0153

*Print Name* *Bar Number*

610 TURKS HEAD PL.

*Address*

PROV RI. 02903

*City* *State* *Zip Code*

351-5770 521-4305

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.