**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.1:08-MJ-46M |
| | ) | |
| ROBERTO RODRIGUEZ | ) | |

**ORDER**

This matter having been presented to the Court on March 25, 2008, and continued to March 26, 2008, upon an Warrant of Arrest issued by the United States District Court, District of Maine, and the defendant having waived an identity hearing, pursuant to Fed. R. Crim. P. 5, **IT IS HEREBY ORDERED** that, for the reasons stated in open Court, the defendant shall be transferred, forthwith, to the District of Maine.

PER ORDER:

ENTER:

DAVID L MARTIN
United States Magistrate Judge

3-26-08

Presented by:

/s/ Luis M. Matos
Luis M. Matos
First Assistant U.S. Attorney